# EXHIBIT B



Southport Marina is happy to announce that the rebuild has begun and we are shooting for a full build-out by mid-June!



| The docks are planned to come online as follows: | |
|---|---|
| C-Dock/Transient/Fuel Dock | ~4/15/21 |
| E-Dock | ~5/1/21 |
| D-Dock | ~5/15/21 |
| A-Dock | ~6/5/21 |
| B-Dock | ~6/15/21 |

Dates may vary due to weather and/or Covid related incidences

Immediately after the marina went through the recovery and salvage operation, we entered into an agreement with Bellingham Marine to build the docks and with Marcol Dredging & Commercial Marine to assemble those docks.

We are looking forward to having you back at the marina!

Feel free to follow our progress via the live webcam at www.youtube.com/user/southportmarina/live.

*Robin R. Rose*

Robin R. Rose

Southport Marina, Inc.

Please find in this enclosed package information you may present to your insurance company for your claim. We have been working diligently over the past 8 months pulling this information together to make it an easy submittal to your insurance group.

Thanks for helping assist your provider in this matter.



**SOUTHPORT MARINA**

606 W. West Street – Southport, NC 28461
www.Southport-Marina.com

March 17, 2021

Re: Notice of Claim for **Salvage** – Hurricane Isaias; Date of Loss: August 4, 2020

Dear

On the evening of August 3, 2020 Southport Marina was hit by the combined effects of various weather and sea conditions that caused extensive damage across the East Coast of the United States while also spawning a large tornado outbreak. The result of this storm was that all vessels in Southport Marina's basin were then, and afterwards imperiled and required **salvage**.

Many of the vessels that were moored in the marina at the time of the storm were swept outside the marina boundary, where many remained either aground or adrift following the storm.

Southport Marina (and our contractors) performed extensive **salvage** efforts for all vessels within the boundary to prevent further damage to those vessels (and the marina). Significant risk was incurred in saving the vessels which were recovered as soon as possible at substantial cost in terms of labor and materials expended by our team in rendering the **salvage** service.

Your Marine Insurance policy (required as a condition of your slip license) should provide coverage for the **salvage** described herein.

The enclosed package has been produced by our team to assist you in providing the necessary information to submit this claim for **salvage** services to your insurer for our removing or facilitating your vessel's removal from the **Marina Basin**.

A summary of the salvage services applicable to your vessel is as follows:

| Location | QTY Boats | LF of Bts | |
|---|---|---|---|
| BASIN | 83 BTS<br>26 BTS<br>7 BTS<br>3TS | 3170.9 LF<br>966.6 LF<br>209.5 LF<br>94 LF | Marcol Dredging & Commercial Marine Co. $329,670.00<br>Intercoastal Marine Barge/Crane $14.76 PLF = $65,549.16<br>Dumpsters/Clean-Up/SR&R Env. $5.81 PLF = $25,802.21<br>Security Services $1.99 PLF = $8,837.59<br>SPM Ins Co Payment $21.58 PLF = <$95,836.78> |
| TOTAL BASIN | 119 BTS | 4,441 LF | Total $334,022.18 [ $75.21 PLF] |

| Basin Expense $334,022.18 | Boat: | Boat Length: 36' | Your Pro-rata Share: $2,707.68 |
|---|---|---|---|



Based upon the forgoing costs associated with removing or facilitating the removal of your vessel, we have determined that your vessel was one of 119 that fit this category. Per the attached, the total cost allotted to salvage the vessels saved from the **Marina Basin** is $334,022.18. The total linear footage of vessels in this category was 4,441. Accordingly, we have determined that your pro-rata share is $2,707.68.

WE HAVE RETAINED AN INSURANCE CLAIM SPECIALIST TO FACILITATE OUR CLAIMS AND HELP YOUR INSUREDS NAVIGATE THEIR OWN CLAIM PROCESS AS NECESSARY. ALL CORRESPONDENCE, QUESTIONS, AND/OR COMMENTS SHALL BE DIRECTED TO OUR AGENT, **BILL WILKIE (910-359-1459)**, OR YOU CAN COMMUNICATE BY EMAIL isaiasclaims@southport-marina.com

MR. WILKIE IS SPECIFICALLY AUTHORIZED AND DESIGNATED TO ACT AS OUR SOLE AGENT FOR THOSE PURPOSES; GIVEN THE SCOPE OF THE **SALVAGE** EFFORT, HIS COORDINATION WILL STREAMLINE THE CLAIM PROCESS.

Please issue payment of **$2,707.68** directly to Southport Marina, Inc. by you or your insurer.

**In the event that you did not obtain the insurance required under your Slip License Agreement, Southport Marina will finance up to 100% of your share of the required contribution at an interest rate of 3.25% per annum with a term of up to 48 months.**

Thank you for your attention to this matter.

Sincerely,

Robin R. Rose
Southport Marina

Cc:     Insurance Claim Solutions c/o Bill Wilkie



606 W. West Street – Southport, NC 28461
www.Southport-Marina.com

March 17, 2021

Re:  Notice of Claim for **Damage** to Facility – Hurricane Isaias; Date of Loss: August 4, 2020

Dear

On the evening of August 3, 2020 Southport Marina was hit by the combined effects of various weather and sea conditions related to the impact of Hurricane/Tropical Storm Isaias that caused extensive damage across the East Coast of the United States while also spawning a large tornado outbreak.

Page 3, paragraph 5 (d) of your Slip License Agreement states in pertinent part:

> (d)  Make arrangements for the safe mooring or removal of the Vessel on the approach of a storm and be responsible for the costs to repair of any damage caused by the Vessel to the Marina docks, pilings and/or other boats;

Your vessel, along with others, were left in the basin and caused catastrophic **damage** to all docks and pilings in the Southport Marina Basin.

Please note that this claim is **separate** from the **salvage** services claim.

The enclosed package has been produced by our team to provide the necessary information about our claim.

Enclosed you will find:

- Slip License Agreement
- Executive Summary of Engineer's report
- Photographs of Damaged Facility

A summary of the damages applicable to your vessel is as follows:

| Location | QTY Boats | LF of Boats | |
|---|---|---|---|
| Southport Marina Total | 185 | 6,531.7 | Total number & LF of Vessels in Marina at time of the Event |

Based upon the cost of $3,332,646.80 for like kind rebuild of the Southport Marina, we have determined that your vessel was one of 185 in the marina at the time of the storm. The total linear footage of vessels in the marina was 6,531.7 lineal feet. Accordingly, we have determined that your pro-rata share of the Rebuild damages is $16,898.70.

| Your Vessel | Boat: | Boat Length: 36' | **Your Pro-rata Share: $16,898.70** |
|---|---|---|---|



606 W. West Street – Southport, NC 28461
www.Southport-Marina.com

WE HAVE RETAINED AN INDEPENDENT CLAIM SPECIALIST TO ACT AS OUR AGENT TO FACILITATE AND EXPEDITE THE NAVIGATION OF THIS CLAIM PROCESS AS NECESSARY. ALL CORRESPONDENCE, QUESTIONS, AND/OR COMMENTS SHALL BE DIRECTED TO OUR AGENT, **BILL WILKIE (910-359-1459)**, OR YOU CAN COMMUNICATE BY EMAIL isaiasclaims@southport-marina.com

MR. WILKIE IS SPECIFICALLY AUTHORIZED AND DESIGNATED TO ACT AS OUR SOLE AGENT FOR THOSE PURPOSES; GIVEN THE SCOPE OF THE **DAMAGES**, HIS COORDINATION WILL STREAMLINE THE CLAIM PROCESS.

Payment in the amount of **$16,898.70** should be issued directly to Southport Marina, Inc. by you or your insurer.

**In the event that you did not obtain the insurance required under your Slip License Agreement, Southport Marina will finance up to 100% of your share of the required contribution at an interest rate of 3.25% per annum with a term of up to 48 months.**

Thank you for your attention to this matter.

Sincerely,

*R. R. R.*

Robin R. Rose
Southport Marina


Cc:    Insurance Claim Solutions c/o Bill Wilkie

Page 2 of 2
Case 7:21-cv-00107-M   Document 1-2   Filed 06/14/21   Page 6 of 10



Location After Storm 8/4/2020 Southport Marina

Labels: Cottage Creek - Lower, West Marsh, Sewer Plant Marsh, E Dock Marsh, Cottage Creek - Upper, Basin



DocuSign Envelope ID: 670DCAD4-45CE-4CD5-B514-CB5658F6D42B



# ANDREW CONSULTING ENGINEERS, P.C.

**STRUCTURAL, MARINE & FORENSIC ENGINEERING AND PROJECT MANAGEMENT**

3811 PEACHTREE AVE SUITE 300 :: WILMINGTON, NC 28403 :: ANDREWENGINEERS.COM :: PHONE: 910.202.5555

March 10, 2021

Robin Rose
Southport Marina, Inc.
105 Weston Estates Way
Cary, NC 27513

Re: Post-Storm Assessment of Hurricane Isaias
Southport Marina, Southport, NC
ACE Project No. 20051

Dear Robin:

Pursuant to your request, Andrew Consulting Engineers, PC has investigated the cause of the Southport Marina mooring system failure and damage during Hurricane Isaias. Andrew Consulting Engineers, PC began our investigation on August 11, 2020.

The Southport Marina floating dock and mooring pile system had withstood the impacts of eleven tropical systems that passed in the immediate vicinity of the Southport area in the twelve seasons from 2007 to 2019, including two hurricanes (Arthur – 2014 and, Dorian – 2019.)

On August 3, 2020 Hurricane Isaias impacted the Southport area with high winds, multiple tornados, heavy rain, and a record storm surge. After the storm had passed, most of the floating docks and many of the vessels in the marina harbor had been moved out of their pre-storm location (a few vessels remained in place at the Recreation Dock). Many of the floating dock sections remained intact with the vessels still secured to them. A large number of the vessels and the floats were pushed up to the northern boundary of the basin. However, the float sections and vessels that comprised the West Side Docks had been dislodged out of the basin and into various locations of Cottage Creek Marsh to the west-northwest. Most of the timber pilings that comprised the floating dock system piles and the individual mooring piles had either been dislocated, damaged, or shifted out of plumb towards the west-northwest.

The scope of our investigation included, but was not limited to, the following items:
- ➢ Review of original floating dock layout plans.
- ➢ Visual review of post-storm conditions including field observations of the dock system.
- ➢ Review of digital imagery recorded before, during, and after the storm.
- ➢ National Weather Service and National Oceanographic and Atmospheric Administration storm data and reports.
- ➢ City of Southport Building Inspections approved building permits from 2006 and 2007.
- ➢ Review of list of vessels (size and mooring location) that did not evacuate the marina in advance of Isaias.
- ➢ Coordination and review a bathymetric survey of the marina basin after the storm.
- ➢ Coordination and review a geotechnical investigation of the marina basin.
- ➢ Structural analysis of the floating dock framing for resistance to lateral loads from wave, wind, and usual and customary design criteria.

DocuSign Envelope ID: 670DCAD4-45CE-4CD5-B514-CB5658F6D42B

➢ Performance of a series of structural analysis of the floating dock system piles and mooring piles for applied stresses from lateral wind loads both with the berths occupied by the vessels and with the marina unoccupied.

The calculations of the lateral wind forces applied to the moored vessels and floating docks show that storm conditions caused the timber piles to be overstressed in bending (load case conditions of a wind velocity of 87-mph at an elevated water level due to the recorded storm surge (C Dock stresses from wind only were at 98% of allowable)). These calculations did not include the added lateral loads that the pilings were subjected to concurrently with the wind loads from the vessels. (The added loads that were not included in the calculations were water current forces applied to the vessels from the flow of the storm surge into the marina and wave forces associated with the wind from the storm applied to the vessels.) The calculated wind area of the vessels was approximately four times the wind area of the floating docks.

Our analysis of the floating dock framing and the timber piles that supported them and the visual evidence concluded the floating docks and pilings met the applicable design criteria associated with lateral loads from wind on berthed vessels, expected wave loads, and for normal berthing and mooring forces for typical small vessel marinas. These normal berthing and mooring forces include loads from currents within the marina basin, typical vessel impact, and forces associated with other applied loads anticipated during normal daily operations.

If the vessels had vacated the marina, the pilings would not have been overstressed with the storm conditions, and the marina mooring system would not have failed.

In our professional opinion, the mooring system met industry standards. The added lateral forces due to the presence of the vessels during the storm conditions caused the failure of and damage to the marina mooring system.

We sincerely appreciate the opportunity to provide our services to you on this investigation. Contact us with any questions or comments regarding this report.

Sincerely,

**ANDREW CONSULTING ENGINEERS, PC**
NC Firm PE License No. C-2461
*DocuSigned by:*

*Neal Andrew*

Neal W. Andrew, P.E., SECB, Certified Building Inspection Engineer

*[Seal: NORTH CAROLINA PROFESSIONAL SEAL 23591 ENGINEER NEAL W. ANDREW — 3/10/2021]*