# EXHIBIT D











